UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Michael Harris**
    Plaintiff

    V.

**Progress Software Corporation**
    Defendant

CIVIL ACTION

NO  1:23-cv-11816-ADB

ORDER OF DISMISSAL

Burroughs, D. J.

    In accordance with the Court's Order, MDL Order No. 19, dated December 12, 2024, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED without prejudice for lack of Article III standing.

By the Court,

2/9/2026                                                           /s/ Caetlin McManus
Date                                                                Deputy Clerk